Laura M. D'Anna, Esq., SBN 266113
ldanna@bleierandcox.com
Bleier & Cox APC
16130 Ventura Blvd Ste 620
Encino, California 91436
Telephone: (818) 784-3366
Facsimile: (818) 906-7944

Attorneys for Petitioners
Morgan Stanley Smith Barney LLC
and Morgan Stanley Smith Barney FA Notes Holdings LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC and MORGAN STANLEY SMITH BARNEY FA NOTES HOLDINGS LLC,<br><br>Petitioners,<br><br>v.<br><br>MICHAEL HARRIS LAUER<br>a/k/a MICHAEL H. LAUER<br>a/k/a MICHAEL LAUER,<br><br>Respondent. | Civil Action No. 3:15-cv-05420-SK<br><br>**ORDER GRANTING PETITIONERS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**Date: March 2, 2016**<br>**Time: 1:30 PM**<br>**Courtroom: A** |

  Petitioners, Morgan Stanley Smith Barney LLC and Morgan Stanley Smith

Barney FA Notes Holdings LLC, through their attorney of record, request a

1
Petitioners Request for Telephonic Appearance
at Case Management Conference

telephonic appearance at the March 2, 2016, 1:30 p.m. Case Management Conference.

Laura M. D'Anna, attorney of record for Petitioners, practices law in Encino, California and resides outside of the counties within the Northern District of California.  Counsel believes that her personal appearance is not necessary for an effective conference.  Petitioners are still attempting to locate Respondent and serve the Petition to Confirm on Respondent, so Respondent has not been consulted.

Dated:      Encino, California
            February 16, 2016

                                    Respectfully submitted,

                                    /s/ Laura M. D'Anna          _
                                    Laura M. D'Anna, Esq.

                                    *Attorneys for Petitioners*
                                    *Morgan Stanley Smith Barney LLC*
                                    *and Morgan Stanley Smith Barney FA*
                                    *Notes Holdings LLC*

## ORDER

Petitioners request for a telephonic appearance at the March 2, 2016, 1:30 p.m. Case Management Conference is granted.

Dated: February 18, 2016         _____
                                 Magistrate Judge of the District Court